NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CUBIST PHARMACEUTICALS LLC,**
*Plaintiff-Appellant*

v.

**MYLAN LABORATORIES LIMITED, AGILA SPECIALTIES INC., FRESENIUS KABI USA, LLC, SAGENT PHARMACEUTICALS, INC., CRANE PHARMACEUTICALS LLC,**
*Defendants-Appellees*

---

2016-1652, -1653, -1796, -1853

---

Appeals from the United States District Court for the District of Delaware in Nos. 1:12-cv-00367-GMS, 1:13-cv-01679-GMS, 1:14-cv-00914-GMS, 1:15-cv-01164-GMS, 1:15-cv-01214-GMS, 1:16-cv-00030-GMS, and 1:16-cv-00072-GMS, Judge Gregory M. Sleet.

---

**O R D E R**

The above-captioned appeals appear to be related.

We consolidate the cases and thus one set of briefs should be filed for the four appeals.

The court notes that there is a motion to terminate and a motion to stay pending in 2016-1652, -1653, -1796.

2　　CUBIST PHARMACEUTICALS LLC v. MYLAN LABORATORIES LIMITED

Accordingly,

IT IS ORDERED THAT:

(1) The appeals are consolidated. The revised official caption is reflected above.

(2) The briefing schedule is stayed pending the court's resolution of the motions in 2016-1652, -1653, -1796.

　　　　　　　　　　　　　　FOR THE COURT

　　　　　　　　　　　　　　/s/ Daniel E. O'Toole
　　　　　　　　　　　　　　Daniel E. O'Toole
　　　　　　　　　　　　　　Clerk of Court

s26